■ MARTHA SUROWITZ, Respondent, v. LOUIS TURTURRO, Defendant, and HARRY R. SCHWARTZ, Appellant.— In an action to recover damages for personal injuries, the appeal, as limited by appellant's brief, is from so much of an order substituting attorneys as fixed the fee of appellant, the retiring

attorney, on a *quantum meruit* basis at $200 inclusive of disbursements. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.